UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN REED,

        Petitioner,

    v.

SMITH,

        Respondent.

Case No. 24-cv-09063-NW

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

On January 20, 2026, the Court granted Respondent's motion to dismiss Petitioner John Reed's pro se petition for writ of habeas corpus. *See* ECF No. 14. The Court granted Reed leave to amend within 28 days and warned Reed that the case may be dismissed if he failed to file an amended petition within 28 days. *Id.* at 4. The deadline has passed and Reed has not filed an amended petition. Accordingly, the matter is **DISMISSED WITHOUT PREJUDICE**. *See WMX Techs. v. Miller*, 104 F.3d 1133, 1136 (9th Cir. 1997) (holding that further action by district court is necessary where plaintiff fails to amend after dismissal with leave to amend). A certificate of appealability will not issue. Reed has not shown that "jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right." *Slack v. McDaniel,* 529 U.S. 473, 484 (2000). He may seek a certificate of appealability from the Ninth Circuit Court of Appeals. The Clerk shall close the file. To reopen the case, Reed must file a motion to reopen and an amended petition addressing the issues identified by the Court in its January 20, 2026 order.

      **IT IS SO ORDERED.**

Dated: March 9, 2026

_____

Noël Wise
United States District Judge