UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN REED,

              Petitioner,

      v.

SMITH,

              Respondent.

Case No. 24-cv-09063-NW

**JUDGMENT**

Pursuant to the dismissal order filed earlier today, this matter is **DISMISSED WITHOUT PREJUDICE**.

    **IT IS SO ORDERED.**

Dated: March 9, 2026

Noël Wise
United States District Judge